In the Matter of the Accounting of JULIUS WEIMAN, as Administrator of the Estate of ANNA WEIMAN, Deceased, Respondent; BEATRICE WEIMAN, Individually and as Administratrix de Bonis Non of the Estate of ANNA WEIMAN, Deceased, et al., Appellants.

(Argued May 24, 1934; decided June 8, 1934.)

*Charles H. Tuttle, Joseph H. Robins* and *Henry Lichtig* for appellants.

*Harold R. Medina* and *Rufus C. Van Aken* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.